HENRY GOLDMAN, Appellant, v. CHAS. FRESHMAN Co., INC., Defendant, Impleaded with ARTHUR H. JOHNSON and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter. of THOMAS FRANKLYN MANVILLE, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CLARENCE J. FENNESSEY, Respondent, v. MARIE M. FENNESSEY, Appellant.— Order so far as appealed from affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of MARY E. BRICKETT, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDWARD F. DEVIN, Respondent, v. GEORGE MAYER and Others, as Executors, etc., of LEWIS SCHOOLHOUSE, Appellants.— Order modified by striking out the provision that defendants shall produce, discover and allow to the plaintiff an inspection and discovery of the account books, ledgers, etc., of the business of Lewis Schoolhouse, and permission to copy therefrom; also the further provision that such books or any portion thereof may be marked in evidence; also by striking out from said order the provisions in the last two paragraphs thereof in so far as they refer to discovery and inspection; and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SERGIO DEL VESCOVO, Respondent, v. EMPIRE STEVEDORING Co., INC., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from date of entry of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

AEDITA S. FISHER, Appellant, v. HARRY C. (Also Known as " BUD ") FISHER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THOMAS C. WALSH, Respondent, v. WALTER JAMES CRANWELL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant, v. COURTLANDT GARAGE AND REALTY CORPORATION, Respondent, Impleaded, etc.— Order modified by limiting the examination in the first instance to that of Charles Harber, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of THEODORE SCHULTHEIS, Attorney at Law,